## GETTIG EQUIPMENT CORP. ET AL. *v.* BOARD OF ZONING APPEALS OF CLEVELAND ET AL.

No. 136.   Decided October 13, 1969

*Walter L. Greene* for appellants.

*William T. McKnight* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

## FURMAN *v.* CITY OF NEW YORK ET AL.

No. 142.   Decided October 13, 1969

*Louis B. Scheinman* for appellant.

*J. Lee Rankin, Stanley Buchsbaum,* and *Theodore R. Lee* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.